## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 07-559-RGK (RCF) | Date | December 1, 2008 |
|---|---|---|---|
| Title | Trevon Maurice Murray v. John Aceves, Parole Agent, et al. | | |

| Present: The Honorable | RITA COYNE FEDERMAN | |
|---|---|---|
| Barbara Hall | not recorded | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none present | none present |

**Proceedings:**     **ORDER TO SHOW CAUSE**

On September 4, 2008, Petitioner filed a status report indicating that the Orange County Superior Court had denied his state habeas petition on April 4, 2008. Petitioner stated that his next state habeas petition would be filed with the California Court of Appeal within two weeks. He supplied a declaration by his state habeas attorney confirming this fact.

On November 4, 2008, Petitioner filed a subsequent status report, again indicating that he was in the process of filing a petition with the California Court of Appeal. No further information on the status of such petition is provided. A review of the electronic docketing system for the California courts indicates that Petitioner has not filed a petition with the California Court of Appeal. See http://appellatecases.courtinfo.ca.gov.

On March 5, 2008, the Court granted a stay in this matter to allow Petitioner to exhaust his state remedies with respect to certain claims. Continuation of the stay is not warranted unless Petitioner demonstrates he is actively pursuing state remedies.

Within twenty-one (21) days of the date of this Order, Petitioner is ordered to show cause to the Court for his failure to pursue his state remedies in a timely manner by filing a subsequent petition with the California Court of Appeal.

Petitioner is cautioned that failure to timely respond to this Order to Show Cause may result in dismissal of this action.

**It is so ordered.**

                                                                                              :
                                                        Initials of Preparer     BH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-559-RGK (RCF) | Date | December 1, 2008 |
|---|---|---|---|
| Title | Trevon Maurice Murray v. John Aceves, Parole Agent, et al. | | |