UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DANNY MARTINEZ VALDEZ, | ) | |
| Petitioner, | ) | No. EDCV 07-1444-AHS (RCF) |
| v. | ) | JUDGMENT |
| V.M. ALMAGER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted and the Petition is dismissed with prejudice.

DATED:  December 9, 2008

ALICEMARIE H. STOTLER<br>
ALICEMARIE H. STOTLER<br>
UNITED STATES DISTRICT JUDGE