UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANNY MARTINEZ VALDEZ,<br><br>        Petitioner,<br><br>    v.<br><br>V.M. ALMAGER, Warden,<br><br>        Respondent. | No. EDCV 07-1444-AHS (SS)<br><br>ORDER ACCEPTING SECOND REPORT REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING PETITIONER'S REQUEST FOR STAY |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, the Second Report and Recommendation of United States Magistrate Judge (Following Remand), and Petitioner's objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge. Petitioner's request for stay is denied.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:    January 11, 2013

*Alicemarie H. Stotler*
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE