UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DANNY MARTINEZ VALDEZ, | ) | |
| Petitioner, | ) ) ) | No. EDCV 07-1444-AHS (SS) |
| v. | ) ) | JUDGMENT |
| V.M. ALMAGER, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Second Report and Recommendation of United States Magistrate Judge and Order Denying Petitioner's Request for Stay,

IT IS ADJUDGED that the Motion to Dismiss is denied and the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: \_\_\_\_January 11, 2013\_\_\_\_

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE